UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA, | Case No. 3:21-cv-00198-MMD-WGC |
| Petitioner, | |
| v. | ORDER |
| WILLIAM "BILL" GITTERE, *et al.*, | |
| Respondents. | |

Petitioner Mario Espinoza has submitted a *pro se* petition for writ of habeas corpus. (ECF No. 1-1.) On June 16, 2021, the Court directed Espinoza, within 30 days, to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. (ECF No. 4.)

Espinoza has now filed a motion to extend time (ECF No. 5) to file an application to proceed *in forma pauperis* or pay the filing fee. Espinoza explains that he needs an extension of time to file a fully completed application to proceed *in forma pauperis* due to delays processing the documentation by the Nevada Department of Corrections.

It is therefore ordered that Petitioner Mario Espinoza's motion to extend time (ECF No. 5) is granted.

It is further ordered that Espinoza must either pay the $5.00 filing fee or submit a completed financial certificate and his inmate account statement for the past six months on or before *August 16, 2021*.

It is further ordered that if Espinoza fails to comply with this order, this action may be dismissed without prejudice.

DATED THIS 30th Day of June 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE