UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA,<br><br>  Petitioner,<br>  v.<br>WILLIAM "BILL" GITTERE, *et al.*,<br><br>  Respondents. | Case No. 3:21-cv-00198-MMD-WGC<br><br>ORDER |

Petitioner Mario Espinoza submitted a *pro se* 28 U.S.C. § 2254 habeas petition (ECF No. 1-1) and now has submitted a completed application to proceed *in forma pauperis* (ECF No. 10). Based on the current information about Espinoza's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

It is therefore ordered that Petitioner Mario Espinoza's application for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 10) is denied.

It is further ordered that Espinoza has 30 days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk.

It is further ordered that failure to do so may result in the dismissal of this action.

The Clerk of Court is directed to retain the petition but not file it at this time.

DATED THIS 24th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE