UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA, | Case No. 3:21-cv-00198-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM "BILL" GITTERE, *et al.*, | |
| Respondents. | |

Petitioner Mario Espinoza seeks an extension of time to file his amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 33.) Good cause appearing, it is therefore ordered that Petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 33) is granted. The deadline to file the amended petition is October 31, 2022.

DATED THIS 3rd Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE