UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA,<br><br>　　　　　　　Petitioner,<br>　v.<br>WILLIAM "BILL" GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00198-MMD-CSD<br><br>ORDER |

　　　Petitioner Mario Espinoza moves for an extension of time to file his amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 35.) Good cause appearing, it is therefore ordered that Espinoza's unopposed second motion for extension of time to file an amended petition (ECF No. 35) is granted. The deadline to file the amended petition is extended to December 30, 2022.

　　　DATED this 1st Day of November 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1