UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA,<br><br>　　　　　　　Petitioner,<br>　　v.<br>WILLIAM "BILL" GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00198-MMD-CSD<br><br>ORDER |

Mario Espinoza moves for an extension of time to file his amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 38.) The Federal Public Defender explains that he is consulting potential expert witnesses in areas such as neuropharmacology and/or psychology and is also investigating Espinoza's background and history of drug use. Good cause appearing, it is therefore ordered that Petitioner's unopposed third motion for extension of time to file an amended petition (ECF No. 38) is granted. The Court extends the deadline to file the amended petition to February 28, 2023. The Court notes that, absent extraordinary circumstances, it is unlikely to grant any further extension.

DATED this 21st Day of December 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE