UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>WILLIAM "BILL" GITTERE, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:21-cv-00198-MMD-CSD<br><br>ORDER |

Petitioner Mario Espinoza moves for an extension of time to file his opposition to Respondents' motion to dismiss his amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 45.) Good cause appearing, it is therefore ordered that Petitioner's unopposed motion for an extension of time to file an opposition to the motion to dismiss (ECF No. 45) is granted. The deadline to file the opposition is extended to June 12, 2023.

DATED THIS 10th Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1