UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA,<br><br>　　　　　　　Petitioner,<br>　v.<br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00198-MMD-CSD<br><br>ORDER |

Petitioner Mario Espinoza asks the Court for a 14-day extension of time to file his opposition to Respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 47.)

Good cause appearing, it is therefore ordered that Petitioner's unopposed second motion for extension of time to oppose the motion to dismiss (ECF No. 47) is granted *nunc pro tunc*. The deadline to file the response is extended to June 26, 2023.

DATED THIS 13th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE