UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA, | Case No. 3:21-cv-00198-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Petitioner Mario Espinoza asks the Court for an extension of time to file his opposition to Respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 49.) Counsel explains that he has written drafts of the opposition, a potential motion to stay, and a potential new state court postconviction petition, but he has determined that he needs to schedule an additional conversation with Espinoza regarding a potential equitable tolling argument. Good cause appearing,

It is ordered that Petitioner's unopposed third motion for extension of time to oppose the motion to dismiss (ECF No. 49) is granted *nunc pro tunc*. The deadline to file the response is extended to July 26, 2023.

DATED THIS 29 June 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1