UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO ESPINOZA,<br><br>  Petitioner,<br><br>  v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>  Respondents. | Case No. 3:21-cv-00198-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to reply in support of their motion to dismiss Mario Espinoza's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 58.) Since Respondents moved to dismiss, Espinoza has filed a motion to stay this petition pending further state litigation. (*See* ECF No. 53.) Respondents ask the Court to extend the deadline to reply to the motion to dismiss to 30 days from the date the Court issues an order on Espinoza's motion to stay. But Respondents offer no explanation as to why the reply to the motion to dismiss is necessarily tethered to the resolution of the motion to stay. In the interest of judicial efficiency, the Court nonetheless grants the motion for extension in part and denies it in part.

It is therefore ordered that Respondents' unopposed second motion for extension of time to reply in support of the motion to dismiss (ECF No. 58) is granted in part and denied in part. The deadline to file the reply is extended to October 2, 2023.

DATED THIS 29th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE