UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO ESPINOZA, | Case No. 3:21-cv-00198-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Petitioner Mario Espinoza seeks an extension of time to file an opposition to Respondents' motion to dismiss. (ECF No. 72.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 72) is granted. Petitioner has until July 13, 2026, to file his opposition.

DATED THIS 27th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE